IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH DIVISION

| | |
|---|---|
| TIMOTHY FITCHETT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>PETMED EXPRESS, INC.,<br><br>    Defendant. | Civil Action No. 2:24-cv-00710-RJC |

**ORDER STAYING CASE**

AND NOW, this  5th  day of  November , 2025, upon the express consent and agreement of the Parties, it is hereby ORDERED, ADJUDGED and DECREED that this case is STAYED pending the outcome of Defendant's Motion to Dismiss pending in *Bird v. PetMed Express, Inc.*; No. 6:25-cv-214 (N.D.N.Y) (the "*Bird* Motion"). The parties shall notify the Court within fourteen (14) days of a final order resolving the *Bird* Motion.

                BY THE COURT:

                *s/Robert J. Colville*
                Robert C. Colville
                United States District Judge